### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| JAMES CAMEL, ) | Case No. 1:21-cv-01671-SO |
| Plaintiff, ) | |
| ) | JUDGE SOLOMAN OLIVER JR. |
| v. ) | |
| JAMES AIR CARGO, INC., ) | |
| Defendant. ) | |

### STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. The court shall retain jurisdiction to enforce the terms of the parties' settlement agreement. Each party shall bear its own attorneys' fees and costs.

Dated this 22th day of December, 2021.

| | |
|---|---|
| */s/ Brian D. Spitz* | */s/ Leo M. Spellacy, Jr.* |
| Brain D. Spitz (0068816) | Leo M. Spellacy Esq. (0067304) |
| **Spitz** | Thrasher, Dinsmore & Dolan LPA 1111 |
| 25825 Science Park Drive, Suite 200 | Superior Avenue, Suite 412 Cleveland, |
| Beachwood, OH 44122 | OH 44114 Telephone: (216) 255-5434 |
| Telephone: (216) 291-4744 | Facsimile: (216) 255 - 5450 |
| Facsimile: (216) 291-5744 | |
| Brian.spitz@spitzlawfirm.com | |
| | lspellacy@tddlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
12/27/2021